UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID HENRY SYSWERDA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-471 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| STEVEN MNUCHIN, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.** The time for filing an appeal is governed by Rule 4 of the Federal Rules of Appellate Procedure.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 23, 2020                             /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge